JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLU VICTOR ALONGE,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, FCI VICTORVILLE II,<br><br>                    Respondent. | Case No. 5:24-cv-1755-KK-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  January 21, 2025

_____

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE